CONSENT TO SUE UNDER THE FLSA

**RE:** ***Zachary Mullins, et al v. TrueNorth Holdings, Inc., et al***

I, Alex Wright, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C § 201 et seq, to secure overtime wages, liquidated damages, attorney's fees, cost, and other relief arising out of my employment TrueNorth Holdings, Inc., and/or any other associated party. I understand that this case is being brought as a putative collective action; that this consent form tolls my statute of limitations pursuant to 29 U.S.C § 256; and that I am seeking to serve as a representative plaintiff for the class.

DocuSigned by:
231B9D272C92451...

10/20/2022

Signature Date

Alex Wright

Name (Please Print)

FAX TO: 216.291.5744

MAIL TO: ATTN: TrueNorth Overtime Claim
Chris P. Wido, Esq.
Spitz, The Employee's Law Firm
25825 Science Park Drive, Suite 200
Beachwood, OH 44122

EMAIL TO: Chris.wido@spitzlawfirm.com

CONSENT TO SUE UNDER THE OHIO MINIMUM FAIR WAGE STANDARDS ACTION, OHIO R.C. § 4111.03

I, Alex Wright, hereby consent to be a plaintiff in an action under the Ohio Minimum Fair Wage Standards Act, Ohio R.C. § 4111.03 et seq, to secure overtime wages, liquidated damages, attorney's fees, cost, and other relief arising out of my employment TrueNorth Holdings, Inc., and/or any other associated party. I understand that this case is being brought as a putative collective action; that this consent form tolls my statute of limitations; and that I am seeking to serve as a representative plaintiff for the class.

DocuSigned by:
231B0D272C02451...

10/20/2022

Signature Date

Alex Wright

Name (Please Print)